UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA PEREZ DOWLING,

Plaintiff,

-against-

HONORABLE JUDGE LINA HIDALGO,

Defendant.

26-CV-8509 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On July 9, 2026, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Perez v. U.S. Treasury Inspector General*, No. 26-CV-4161 (LLS) (S.D.N.Y. July 9, 2026). Plaintiff files this new *pro se* case, without prepaying the filing fees or seeking leave from the court to file this action. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the July 9, 2026 order.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: September 30, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge